**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-v-   **CASE NO. 6:09-CR-49-ORL-35KRS**

**CHRISTOPHER STERLING**

_____

**ORDER**

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 48, filed August 21, 2009) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 48) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant Christopher Sterling has entered a plea of guilty to Counts One, Two, Three, Four and Five of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts One, Two, Three, Four and Five of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 24th day of August 2009.

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE